**Order entered July 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00496-CR

**AQUILINO ABONZA MEDINA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MB10-31605-B**

## ORDER

The Court **GRANTS** appellant's June 25, 2013 motion to substitute counsel. Bruce Anton is substituted for Daniel C. Perez as appellant's counsel of record.

We **DIRECT** the Clerk to send all correspondence to Bruce Anton, Sorrels, Udashen & Anton, 2311 Cedar Springs Road, Suite 250, Dallas, Texas 75201; telephone: (214) 468-8100; facsimile: (214) 468-8104.

/s/     LANA MYERS
        JUSTICE